Pro Se 14 (Rev. 2/20)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. *NEATLY* print in ink (or type) your answers.]

Transgender Person:
MRS. ELElheyla My² Twan Carruthers Washington
(AKA) Antwan M. Carruthers Washington

-FILED-

MAY 22 2023

Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[You are the PLAINTIFF, print your full name on this line.]

ECJ - Elkhart County Jail/ECCC

v.  Deputy J. ODAH
    Deputy #187 - Lpl
        HORVATH

Case Number  3:23-cv-472-

[For a new case in this court, leave blank.
The court will assign a case number.]

[The DEFENDANT is who you are suing. Put ONE name on this line. List *ALL* defendants below, including this one.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] ECJ - ECCC Elkhart County Correctional Complex | 26861 CR 26 Elkhart In 46517 |
| 2 | [Put the names of any other defendants in these boxes.] Deputy J. ODAH | 26861 CR 26 Elkhart In. 46517 |
| 3 | Deputy #187 Lpl. HORVATH | 26861 CR26 Elkhart In. 46517 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant *in a separate box* as shown here.]

1. How many defendants are you suing?  3

2. What is the name and address of your prison or jail? ECJ/ECC-C - 26861 CR 26
Elkhart In. 46517

3. Did the event you are suing about happen there? ⊗ Yes.  ◯ No, it happened at: _____

4. On what date did this event occur? ~~August 26, 2022~~; August 25, 2022

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

<u>**CLAIMS and FACTS**</u>

**DO:** Write a short and plain statement telling what each defendant did wrong.

**DO:** Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

**DO:** Explain when, where, why, and how each defendant violated your rights.

**DO:** Include every fact necessary to explain your case and describe your injuries or damages.

**DO:** Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include social security numbers, dates of birth, or the names of minors.

**DO:** Use each defendant's name every time you refer to that defendant.

**DO:** Number your paragraphs. [*The first paragraph has been numbered for you.*]

① Discimination ; Sexual Harrasment By Staff ; Intentional Force By Staff ; 1st, 4th, 5th, 8th, 14th Amendment violation - Demand of $ 4.8 million U.S.A Currency

② On October 21, 2021 ofc. #187 - Horvath was on Surviellence Camera inside ECJ/ECCC K43 BuBBle -Inner cells over Killed a Transgender Person Upto 200x Pepper Ball gun shots from a Magazine gun. Furthemore on October 27, 2021 7 days later he continued the 2nd event with the help of J. Odah 2 officer were grievance for protection was filed additional Appeals process Never answered and was ignored by higher authority October 21, 2021 over Kill was intentional after deployed tazer fused by J. ODAH and cpt#187 Used of 200x Shots of use of C-10 Pepper gun magazine I suffer from infection inside left eye Lied Records shows on St. Joseph County Jail Records because ECJ-ECCC failed To give Medical attention ; Sexual harrassment continued by J. ODAH and cpt#187 - Horvath. Surviellence cameras shows proof and Ky iosk documents of Elkhart County Jail has documented grievance as withstanding Superior Ct #4 - Gretchen Lund Judicial officer and the Clerks office has Records and files of Docketing Source Statements with grievance procedurals. Under penalties for perjuring all Representation is Trues and Correct       dated : 8/25/22

This Writer

[<u>DO NOT</u> *write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**5. When did this event happen?**

○ Before I was confined.

Ⓧ While I was confined awaiting trial.

○ After I was convicted while confined serving the sentence.

○ Other: _____

**6. Have you ever sued anyone for this exact same event?**

Ⓧ No.

○ Yes, attached is a copy of the final judgment **OR** an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**7. Could you have used a prison grievance system to complain about this event?**

○ No, this event is not grievable at this prison or jail.

Ⓧ Yes, I filed a grievance and attached is a copy of the response from the final step.

○ Yes, this event was grievable, but I did not file a grievance because _Grievance_

_process and appeals on Kyiosk of ECJ/ECCC_

_____

_____

**8. If you win this case, what do you want the court to order the defendant(s) to do?**

[NOTE: A case filed on this form will not overturn your conviction or change your release date.]

_4.8 Million U.S.A. Currency ;_

_Cpl #187-Horvath and J.ODAA to educate thierselves on Gender Dysphoria_

_Identity_

_____

_____

[Initial Each Statement]

_Emcw_ I will pre-pay the filing fee **OR** file a prisoner motion to proceed in forma pauperis.

_Emcw_ I will keep a copy of this complaint for my records.

_Emcw_ I will promptly notify the court of any change of address.

_Emcw_ I **WILL NOT** send more than one copy of any filing to the court.

_Emcw_ I **WILL NOT** send summons, USM-285, or waiver forms to the clerk.

_Emcw_ I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on _8_ / _25_ / 20 _22_ at _9_ am/pm.

[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Mrs. Washington_                    _DCA # 71781_

**Signature**                                **Prisoner Number**

[**DO NOT** write in the margins or on the back of any pages. Attach additional pages if necessary.]