# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTWAN M CARRUTHERS
Transgender Person: Mrs. Eye Keyla My'Twan Carruthers Washington
also known as, Eye Keyla M Carruthers Washington
also known as, Antwan M Carruthers Washington

       Plaintiff

  v.

                                      Civil Action No.  3:23-cv-472

ELKHART COUNTY JAIL
ECJ/ECCC
also known as, Elkhart County Correctional Complex

J ODAH
Deputy, Hate Crime & Sexual Harrassment by Staff

HORVATH
Deputy #187 Cpl., Hate Crime & Sexual Harrassment by Staff

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_   decided by Chief Judge Jon E DeGuilio.

DATE: 6/5/2023  CHANDA J. BERTA, CLERK OF COURT

by   s/A. Highlen
*Signature of Clerk or Deputy Clerk*